UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL JEROME GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| LENOIR COUNTY SHERIFF'S OFFICE; ) | |
| CHRISTOPHER A. ROGERSON; ) | No. 4:14-CV-66-FL |
| MAGISTRATE SHANTE M. GREEN; ) | |
| and MAGISTRATE K.C. JONES, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 22, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 22, 2015, and Copies To:**

Emmanuel Jerome Gardner (via U.S. Mail) Lenoir County Jail
PO Box 3289, Kinston, NC 28502

June 22, 2015            JULIE RICHARDS JOHNSTON, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk